UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael W. Webb,

    Plaintiff,
v.                                   ORDER
                                        Civil No. 06-3491 (MJD/FLN)

Michael J. Astrue,
Commissioner of Social Security,

    Defendant.

---

The above-entitled matter comes before the Court upon Plaintiff's objections to the Report and Recommendation of United States Magistrate Judge Franklin L. Noel dated February 14, 2008.

Pursuant to statute, the Court has conducted a _de novo_ review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based on that review the Court ADOPTS the Report and Recommendation dated February 14, 2008.

IT IS HEREBY ORDERED that:

1.    Plaintiff's Motion for Summary Judgment [Docket No. 12] is

      DENIED;

    2.    Defendant's Motion for Summary Judgment [Docket No. 22] is GRANTED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: March 15, 2008

                                        s / Michael J. Davis
                                        Michael J. Davis
                                        United States District Court

Civil No. 06-3491